BENEDETTA RIZZO, as Administratrix of the Estate of LEONARDO RIZZO, Deceased, Appellant and Respondent, *v.* THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Appellant; TRIBOROUGH BRIDGE AUTHORITY, Respondent and Appellant, and WOODCREST CONSTRUCTION COMPANY, INC., Respondent.

Argued November 29, 1939; reargued January 25, 1940; decided March 5, 1940.

*Louis S. Carpenter, J. Tufton Mason, Smith L. Multer* and *James L. Quackenbush* for Thomas E. Murray, Jr., as receiver, appellant.

*Sidney J. Feltenstein* and *Moses Feltenstein* for plaintiff, appellant and respondent.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for Triborough Bridge Authority, defendant, respondent and appellant.

*Franklin Nevius* and *Emil V. Pilz* for Woodcrest Construction Co., defendant, respondent.

Judgment affirmed, with costs, in favor of respondents; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. SEARS, J., dissents on the ground there is no evidence to sustain a finding of negligence.